# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2011 OCT 13 PM 12: 14

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>       vs.<br><br>RAFAEL JUAREZ (1),<br><br>                 Defendant. | CASE NO. 11CR3168-BEN<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense as charged in the Information:

     TITLE 21 U.S.C. §952 AND 960.

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 12, 2011

                                      HON. ROGER T. BENITEZ<br>
                                      UNITED STATES DISTRICT JUDGE